# Exhibit B

| | |
|---|---|
| **From:** | Brandon C. Hubbard |
| **Sent:** | Wednesday, July 29, 2026 8:58 PM |
| **To:** | Patrick Sweeney |
| **Cc:** | David Eberle; John A. Weiss |
| **Subject:** | RE: Zeeland Charter Twp v RWE |

Patrick,

I write to confirm that I am authorized to accept service.  That should help to clear this up, particularly given the multiple entities named.  Separately, in looking ahead, I'd like to work out with you a date by which we will formally respond.  I'll circle back soon on a proposed date.

Thank you,

**From:** Brandon C. Hubbard
**Sent:** Tuesday, July 28, 2026 5:59 AM
**To:** Patrick Sweeney <patrick@bloomsluggett.com>
**Cc:** David Eberle <david@bloomsluggett.com>; John A. Weiss <JWeiss@dwlaw.com>
**Subject:** RE: Zeeland Charter Twp v RWE

Thanks, Patrick.  Confirming receipt and that I will be in touch yet this week.  Appreciate you reaching out.

**From:** Patrick Sweeney <patrick@bloomsluggett.com>
**Sent:** Monday, July 27, 2026 2:28 PM
**To:** Brandon C. Hubbard <BHubbard@dwlaw.com>
**Cc:** David Eberle <david@bloomsluggett.com>; John A. Weiss <JWeiss@dwlaw.com>
**Subject:** Zeeland Charter Twp v RWE

Brandon,
Dave Eberle of our office had inquired whether your clients, RWE affiliates, had received the summons and complaint for the Zeeland Charter Township lawsuit filed in Ottawa County Circuit Court, Case No. 26-8947-CZ. We asked the question because process was served on a resident agent corporation through certified mail. We have the return receipt executed by someone on behalf of the resident agent. We just wanted to ensure that RWE had actually received the summons and complaint from the registered agent, since we can't verify the identity of the person who signed for it.

1

Thanks,

Patrick E. Sweeney
Attorney

**Bloom Sluggett, PC**
**Counselors & Attorneys**

161 Ottawa Ave. NW, Suite 400
Grand Rapids, MI 49503
patrick@bloomsluggett.com
Phone: (616) 591-1878
Fax:    (616) 965-9350

**Confidentiality Notice:** This electronic mail transmission is privileged and confidential and is intended only for review and use by the intended recipient.  If you have received this transmission in error, please immediately return it to the sender and delete the message from your system.  Unintended transmission of this message shall not constitute waiver of the attorney-client or any other privilege.
**Tax Advice Disclosure:**  IRS regulations require that we inform you that to the extent this communication (or any attachments) contains any statement regarding federal taxes, that statement was not written or intended to be used, and it cannot be used by any person for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, or promoting, marketing or recommending to another person any transaction or matter addressed in the communication.
**No E-Signature:** Neither this email nor any attachment contains an electronic signature unless a specific statement to the contrary or a valid VeriSign Digital Signature Certification is included.