# Exhibit C

**STATE OF MICHIGAN**
**IN THE 20th CIRCUIT COURT FOR THE COUNTY OF OTTAWA**

ZEELAND CHARTER TOWNSHIP,

      Plaintiff,

v.

SILVER MAPLE PV, LLC,

      Defendant;

RWE AMERICAS SERVICES, LLC,

      Defendant;

RWE SOLAR DEVELOPMENT, LLC,

      Defendant.

Case No. 2026-8947-CZ

HON. JON H. HULSING

| BLOOM SLUGGETT, PC | DICKINSON WRIGHT PLLC |
|---|---|
| Patrick Sweeney (P79822) | Brandon C. Hubbard (P71085) |
| David M. Eberle (P82459) | Maureen J. Moody (P85032) |
| Nathan D. Inks (P80213) | Joseph A. Vacante (P87036) |
| Michael J. Watza (P38726) | 123 W. Allegan Street, Suite 900 |
| 161 Ottawa Avenue NW, Suite 400 | Lansing, Michigan 48933 |
| Grand Rapids, Michigan 49503 | (517) 371-1730 |
| (616) 965-9340 | Fax: 833-670-6009 |
| Fax: (616) 965-9350 | bhubbard@dwlaw.com |
| patrick@bloomsluggett.com | mmoody@dwlaw.com |
| david@bloomsluggett.com | jvacante@dwlaw.com |
| nathan@bloomsluggett.com | |
| mike@bloomsluggett.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

    /

**DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on August 7, 2026, Defendants Silver Maple PV, LLC;

RWE Americas Services, LLC; and RWE Solar Development, LLC (collectively, "Defendants")

filed a notice of removal of the above-captioned lawsuit to the United States District Court for the

Western District of Michigan (Southern Division) pursuant to 28 USC §§ 1441 and 1446. See

Federal Notice of Removal, attached as **Exhibit 1**.

Please take further notice that, pursuant to 28 USC § 1446(d), this Court shall proceed no

further unless and until this action is remanded.

Respectfully submitted,


Date:   August 7, 2026

*/s/ Brandon C. Hubbard*
Brandon C. Hubbard (P71085)
Maureen J. Moody (P85032)
Joseph A. Vacante (P87036)
123 W. Allegan Street, Suite 900
Lansing, Michigan 48933
(517) 371-1730
Fax: 833-670-6009
bhubbard@dwlaw.com
mmoody@dwlaw.com
jvacante@dwlaw.com

*Attorneys for Defendants*