UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZEELAND, CHARTER TOWNSHIP OF,

        Plaintiff,

v.

SILVER MAPLE PV, LLC, et al.,

        Defendants.

_____/

Case No. 1:26–cv–02280–PLM–MV

Hon. Paul L. Maloney

**NOTICE REGARDING ASSIGNMENT OF CASE
AND NOTICE OF DEFICIENCY**

        NOTICE is hereby given that the above–captioned case was removed from Ottawa County Circuit Court, and electronically filed in this court on August 7, 2026 .   The case has been assigned to Paul L. Maloney .
        The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A <u>form</u> for this purpose is available on the court website at www.miwd.uscourts.gov.

CLERK OF COURT

Dated:  August 10, 2026        By:    <u>/s/ N. Stimec_____</u>
                                  Deputy Clerk