WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Plaintiff(s),                          Case No.

v.

Defendant(s).

_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to                                    _____
                                                        (Party Name)
makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?      Yes      No

2.  Does party have any parent corporations?      Yes      No
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3.  Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?      Yes      No
    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?      Yes      No
    If yes, identify entity and nature of interest:

Date: _____          /S/ Brandon C. Hubbard
                                                                          (Signature)