UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


Plaintiff(s),                    Case No.

v.



Defendant(s).

_____/


**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**


Pursuant to                              _____
                                                        (Party Name)
makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?     Yes     No

2.  Does party have any parent corporations?     Yes     No
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:




3.  Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?     Yes     No
    If yes, identify all such owners:




4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?     Yes     No
    If yes, identify entity and nature of interest:




Date: _____        _/S/ Brandon C. Hubbard_____
                                                                        (Signature)