**UNITED STATES DISTRICT COURT**
**IN THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ZEELAND CHARTER TOWNSHIP,

      Plaintiff,

v.

SILVER MAPLE PV, LLC,

      Defendant;

RWE AMERICAS SERVICES, LLC,

      Defendant;

RWE SOLAR DEVELOPMENT, LLC,

      Defendant.

Case No. 1:26-cv-02280-PLM-MV

HON. PAUL L. MALONEY

| | |
|---|---|
| BLOOM SLUGGETT, PC | DICKINSON WRIGHT PLLC |
| Patrick Sweeney (P79822) | Brandon C. Hubbard (P71085) |
| David M. Eberle (P82459) | Maureen J. Moody (P85032) |
| Nathan D. Inks (P80213) | Joseph A. Vacante (P87036) |
| Michael J. Watza (P38726) | 123 W. Allegan Street, Suite 900 |
| 161 Ottawa Avenue NW, Suite 400 | Lansing, Michigan 48933 |
| Grand Rapids, Michigan 49503 | (517) 371-1730 |
| (616) 965-9340 | Fax: 833-670-6009 |
| Fax: (616) 965-9350 | bhubbard@dwlaw.com |
| patrick@bloomsluggett.com | mmoody@dwlaw.com |
| david@bloomsluggett.com | jvacante@dwlaw.com |
| nathan@bloomsluggett.com | |
| mike@bloomsluggett.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

/

**STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANTS**
**TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, on July 7, 2026, Plaintiff Zeeland Charter Township ("Plaintiff") filed a

Complaint in the 20th Circuit Court for Ottawa County, Michigan, against Defendants Silver

Maple PV, LLC; RWE Americas, LLC; and RWE Solar Development, LLC (collectively, "Defendants");

WHEREAS, on August 7, 2026, the action was timely removed from the 20th Circuit Court for Ottawa County, Michigan, to the United States District Court for the Western District of Michigan;

WHEREAS, pursuant to Fed. R. Civ. P. 6(b), the parties agree that there is good cause in light of the recent removal of this action to extend the deadline by which Defendants may file an answer or take any other action in response to Plaintiff's complaint; and

WHEREAS, Plaintiff may file a motion to remand in this action,

**IT IS HEREBY ORDERED** that:

1.     The deadline by which Defendants may file an answer or take any other action in response to Plaintiff's complaint as permitted by the Federal Rules of Civil Procedure is September 17, 2026; and

2.     The fact that Plaintiff stipulated to this order does not preclude it from filing a motion to remand, and the fact that the parties stipulated to this Order shall not be used by any party in arguing for or against any motion to remand.


Dated:    August 13, 2026                          /s/ Paul L. Maloney
                                                                  HON. PAUL L. MALONEY
                                                                  UNITED STATES DISTRICT COURT

2

3

***Stipulated as to form and substance:***

BLOOM SLUGGETT, PC

/s/ *Patrick E. Sweeney* (w/ permission)
Patrick E. Sweeney (P79822)
David M. Eberle (P82459)
Nathan D. Inks (P80213)
Michael J. Watza (P38726)
161 Ottawa Avenue NW, Suite 400
Grand Rapids, Michigan 49503
(616) 965-9340
Fax: (616) 965-9350
patrick@bloomsluggett.com
david@bloomsluggett.com
nathan@bloomsluggett.com
mike@bloomsluggett.com

*Attorneys for Plaintiff*

DICKINSON WRIGHT PLLC

/s/ *Brandon C. Hubbard*
Brandon C. Hubbard (P71085)
Maureen J. Moody (P85032)
Joseph A. Vacante (P87036)
123 W. Allegan Street, Suite 900
Lansing, Michigan 48933
(517) 371-1730
Fax: 833-670-6009
bhubbard@dwlaw.com
mmoody@dwlaw.com
jvacante@dwlaw.com

*Attorneys for Defendants*

3